(INND Rev. 12/23)                                                                                            page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

FEB 23 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

DAVID GLENN WATTLEY
[You are the **PLAINTIFF**, *print your full name on this line.*]

v.

McMAHOT TIRE, MARLENE ELLOIT, TRAVIS STROCK
[*The* **DEFENDANT** *is who you are suing.*]

Case Number _____ 1 : 26 C V 0 9 4

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 13050 CRAPE MRYTLE COVE
FT WAYNE IN 46814

2. My telephone number is: (260) 740-7581

3. The Defendant's address is: 4201 COLDWATER RT
FT. WAYNE IN 46805

4. This action is brought for employment discrimination pursuant to:

☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   [*race, color, gender, religion, national origin*]

☑ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

○ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

○ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the

   Indiana Civil Rights Commission on: _____

6. The date on my Notice of Right to Sue letter is: _____

7. The date I received my Notice of Right to Sue letter was: _____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 12/23)                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I'VE BEEN WITH THE CO FOR OVER 38 YEARS AND THEY HAVE BEEN HINTING AT THIS DAY FOR AWHILE NOW, THEY SUSPENDED ME FOR THE 1st TIME & WROTE ME UP FOR THE 1st TIME IN JAN 2026 FOR THINGS I'VE BEEN DOING FOR 30 YEARS OR MORE AND NOW IT'S NOT ALLOWED, CUSTOMERS HAVE BEEN CALLING ME FOR 30 YEARS AND NOW IT'S A PROBLEM WITH THE NEW MANAGEMENT IN PLACE. I'VE HAD LIKE 7-8 NEW STORE MANAGERS WHICH SEEMS LIKE EVERY YEAR OVER THE LAST 10 YEARS. I'VE ORDERED PARTS, ESTIMATED AND SOLD THE JOBS AND DID THE WORK OR REPAIRS FOR THE LAST 20 PLUS YEARS AND NOW THEY WANT THE UNTRAINED, LITTLE KNOWLEGE OF VEHICLE REPAIR PROCEDURES ETC TO DO IT, WHICH I WELCOMED, BUT WE ALWAYS GET THE WRONG PARTS TOO OFTEN WHICH DELAYS REPAIRS WHICH AFFECT'S MY PAY. ALSO THEY DON'T PAY US FOR THE WORK THAT WE'VE DONE IN THAT WEEK, THEY SAID THE CUST HAS TO PAY 1st WHICH IS OFTEN WEEKS BEFORE WE GET PAID. THEY HAVE BEEN FIRING PEOPLE THAT HAVE BEEN HERE ONE AT A TIME WITH NO WARNINGS AS WELL. ALSO SOME BLACK CUSTOMERS DEFINIETLY ARE TREATED DIFFERENTY AND I'VE SEEN IT OVER OVER AGAIN. I'VE NEVER BEEN WROTE UP IN ALL THESE YEARS UNTILL NOW I BELIEVE. I'VE SEEN THEM DO THIS TO OTHER ~~GET~~ EMPLOYEE'S AS WELL AFTER THEY GET UP IN AGE. ALSO ALL THE THE WAYS THEY RIPPED CUSTOMERS OFF, NATIONAL ACCOUNTS, AND

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

PARTS STORES WITH FALSE LABOR CLAIMS, LYING TO CUSTOMERS ABOUT REPAIRS.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

_PAY FOR VACATION TIME, PAIN AND SUFFERING AND ADMIT TO_

_HOW THEY HAVE TREATED ME AS WELL._

DOCUMENTS – I have attached a copy of the following documents:

○ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

○ Notice of Right to Sue letter

○ Other: _NONE BECAUSE I FEEL THE EEOC IS FOR THE EMPLOYER_
_NOT THE EMPLOYEE JUST FROM READING REVIEWS AND TALKING_
_TO PEOPLE WHOM BEEN THROUGH THIS._

FILING FEE – Are you paying the filing fee?

☒ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
_NO_ defendant about this case.

[Initial Each Statement]

_DAW_ I will keep a copy of this complaint for my records.
_DAW_ I will promptly notify the court of any change of address.
_DAW_ I declare **under penalty of perjury** that the statements in this complaint are true.

_(signature)_                                                          _2-23-2026_
Signature                                                               Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]